UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTAUNE BROWN,

            Plaintiff,

-against-

1079 1ST AVENUE CORP. d/b/a TRAMWAY DINER, and KOSCAL 59 LLC,

            Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Civil Action No.: 1:25-cv-01737-JMF

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, ALTAUNE BROWN, by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, **WITHOUT PREJUDICE** as against Defendant, 1079 1ST AVENUE CORP. d/b/a TRAMWAY DINER **only**, since this party has not answered or otherwise moved for summary judgment in this action.

Dated: New York, New York
       March 28, 2025

                                    **THE MARKS LAW FIRM, P.C.**

                            By_____
                              Bradly G. Marks, Esq.
                              155 East 55th Street, Suite 4H
                              New York, NY 10022
                              T: (646) 770-3775
                              E: brad@markslawpc.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK.

ALTAUNE BROWN,

        Plaintiff,

   -against-

1079 1ST AVENUE CORP. d/b/a TRAMWAY DINER, and KOSCAL 59 LLC,

        Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

THE MARKS LAW FIRM, PC
*Attorneys for Plaintiff*
155 E 55th Street, Suite 4H
New York, NY 10022
Tel: (646) 770-3775
Email: brad@markslawpc.com